# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIFFLINBURG TELEGRAPH, INC., | : | No. 4:14-CV-0612 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| HEIDI CRISWELL, | : | |
| DALE E. CRISWELL, | : | |
| WILDCAT PUBLICATIONS, LLC, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 7th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment as to Defendant Wildcat Publications is GRANTED. November 6, 2015, ECF No. 87.

2. The Clerk of Court is directed to enter final judgment in favor of Plaintiff and against Defendant Wildcat Publications, LLC.

3. Plaintiff is awarded compensatory damages in the amount of $172,162.57.

4. Plaintiff is awarded attorney's fees and costs in the amount of $17,867.92.

5.  Wildcat Publications, LLC is jointly and severally liable with any liability subsequently ordered of co-Defendants Heidi Criswell and/or Dale E. Criswell, if any.

6.  Interest begins to accrue as of today's date pursuant to 28 U.S.C. § 1961.

7.  The Clerk of Court is directed to docket this Order as a "written opinion," pursuant to the E-Government Act of 2002.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judgse