# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIFFLINBURG TELEGRAPH, INC., | : | No. 4:14-CV-0612 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| HEIDI CRISWELL, DALE E. CRISWELL, WILDCAT PUBLICATIONS, LLC, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 28th day of September 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment against Heidi Criswell is GRANTED in part and DENIED in part. Final judgment is deferred for thirty days in accordance with the accompanying Memorandum Opinion. August 15, 2016, ECF No. 122.

2. Plaintiff's Motion for Summary Judgment against Dale Criswell is DENIED. Final judgment is deferred for thirty days in accordance with the accompanying Memorandum Opinion. August 15, 2016, ECF No. 123.

3. The Clerk of Court is directed to docket this Order as a "written opinion," pursuant to the E-Government Act of 2002.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge